

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2018

No. 04-17-00214-CV

Amin Q. **ALI** and Salma Ali,
Appellants

v.

Nizarshah **MOHAMMAD**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI10486
Honorable Laura Salinas, Judge Presiding

# O R D E R

The Appellant's unopposed first motion for extension of time to file motion for rehearing is granted. The appellant's motion for rehearing is due April 23, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of March, 2018.

KEITH E. HOTTLE,
Clerk of Court